UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MATTHEW CHRISTIE, | : |
| | : |
| Plaintiff, | : |
| | : **ECF CASE** |
| v. | : |
| | : 12 Civ. 3406 (CM) |
| VERIZON COMMUNICATIONS, INC. and VERIZON NEW YORK, INC., | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Verizon Communications Inc. and Verizon New York Inc. (together, "Defendants") in the above-captioned action hereby state as follows:

1. Defendant Verizon Communications Inc. is a publicly traded company.

2. Defendant Verizon New York Inc. is a wholly owned subsidiary of Defendant Verizon Communications Inc.

Dated: New York, New York
       July 3, 2012

SEYFARTH SHAW LLP

By:      s/Lorie E. Almon
  Lorie E. Almon
  [lalmon@seyfarth.com]
  620 Eighth Avenue, 32nd Floor
  New York, New York 10018
  (212) 218-5500 (phone)
  (212) 218-5526 (fax)

  Beth G. Foley*
  [bgobeille@seyfarth.com]
  World Trade Center East
  Two Seaport Lane, Suite 300
  Boston, Massachusetts 02210
  (617) 946-8304 (phone)
  (617) 946-4801 (fax)

  *Attorneys for Defendants*
  *Verizon Communications Inc.*
  *Verizon New York Inc.*

*\* Motion for Admission Pro Hac Vice to be filed.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I filed the foregoing Corporate Disclosure Statement with the Clerk of the District Court electronically using the CM/ECF system, which sent email notification of such filing to Plaintiffs' counsel listed below:

Gabrielle Gayla Semel
Semel, Young & Norum
350 Seventh Avenue, 18th Floor
New York, New York 10001
Email: gsemel@cwa-union.org

Mary K. O'Melveny
501 3rd Street, N.W., 8th Floor
Washington, D.C. 20001
Email: maryo@cwa-union.org

Daniel E. Clifton
Elaine L. Smith
Lewis Clifton Nikolaidis P.C.
350 Seventh Avenue
New York, New York 10001-1931
Email:   dclifton@lcnlaw.com
         esmith@lcnlaw.com


        s/ Lorie Almon        
         Lorie Almon

3