USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MATTHEW CHRISTIE,                          :
                                           :
                          Plaintiff,       :     **ECF CASE**
                                           :
          v.                               :     12 Civ. 3406 (CM)
                                           :
VERIZON COMMUNICATIONS, INC. and VERIZON   :     **ORDER FOR ADMISSION**
NEW YORK, INC.,                            :     ***PRO HAC VICE* ON**
                                           :     **WRITTEN MOTION**
                          Defendants.      :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The motion of Beth G. Foley for admission to practice *pro hac vice* in the above-

captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the

Commonwealth of Massachusetts, and that her contact information is as follows:

    Beth G. Foley
    Seyfarth Shaw LLP
    Two Seaport Lane, Suite 300
    Boston, MA  02210-2026
    Telephone: (617) 946-8304
    Fax: (617) 946-4801
    Email: bfoley@seyfarth.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Defendants Verizon Communications Inc. and Verizon New York Inc. in the above-

captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

14617284v.1

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password.

_____

COLLEEN MCMAHON          7/23/2012
United States District Judge

14617284v.1